

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

Regal Ware, Inc.,

\* From the 352nd District
   Court of Tarrant County,
   Trial Court No. 352-257187-11.

Vs. No. 11-13-00044-CV

\* February 27, 2015

CFJ Manufacturing, L.P. d/b/a
CFJ Manufacturing and Collections
Fine Jewelry, Inc.,

\* Memorandum Opinion by Willson, J.
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Regal Ware, Inc.